## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:21-CR- 129 |
| | ) | |
| v. | ) | (JUDGE Wilson) |
| | ) | |
| JAMES PATTERSON, | ) | (Electronically Filed) |
| Defendant. | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
HARRISBURG, PA
APR 28 2021
PER ___MA___
DEPUTY CLERK

### COUNT 1
### Felon in Possession of a Firearm and Ammunition
### (18 U.S.C. §§ 922(g)(1) and §§ 924(a)(2))

On or about October 8, 2020, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant, **JAMES PATTERSON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting interstate commerce, a firearm, to wit, a Charter Arms .38 caliber handgun, Serial Number 80143 and 3 rounds of .38 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## THE GRAND JURY FURTHER FINDS PROBABLE CAUSE:

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) as set forth in Count 1 of this Indictment, the defendant,

## JAMES PATTERSON

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses, including but not limited to:

    a. a Charter Arms .38 caliber handgun, Serial Number 80143 and 3 rounds of .38 caliber ammunition.

3. If any of the property described above, as a result of any act

or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

                        A TRUE BILL

                        Foreperson, Grand Jury

BRUCE D. BRANDLER
ACTING UNITED STATES ATTORNEY

_/s/ Paul J. Miovas_        Date: 4/28/21
PAUL J. MIOVAS, JR.
ASSISTANT U.S. ATTORNEY