**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: PATTERSON, James (Dauphin County) | Investigation Number: 766015-21-0036 | Report Number: 1 |
|---|---|---|

## SUMMARY OF EVENT:

**CASE INITIATION:** On 04/01/2021, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Brenda McDermott received incident report from Harrisburg City Police in regards to the arrest of James PATTERSON.

## NARRATIVE:

1. James PATTERSON bio is as follows: B/M, Ht. 6' 02," Wt. 290lbs, DOB: 09/30/1980, FBI# 930905FB0, PA SID# 22748424. An NCIC query revealed that JONES has multiple felony arrests and the following felony convictions:
    a. CP-22-CR-4491-2006 Aggravated Assault (F2)
    b. CP-22-CR-4491-2006 Firearms Not to be Carried without a License (F3)

   *The following is a brief summary of HPD incident report HC-20-020943, for full details see attached.*

2. On 10/08/2020, Vice Detective Nick Ishman executed a search warrant at 445 S. 13th Street, 2nd Floor Apt., in the city of Harrisburg, PA. Prior to executing the search warrant, an individual identified as Zamir NOBLES was observed exiting the apartment located at 445 S. 13th Street. NOBLES began walking with two other individuals identified as Tawaun BENDER and James PATTERSON. Members of the HPD Street Crimes Unit and Community Policing Unit were requested to move into the area and take NOBLES and BENDER into custody for felony drug charges. As officers converged on the three individuals, PATTERSON fled on foot. After a brief struggle, PATTERSON was detained without further incident. Law enforcement officers recovered a Charter Arms, Model: 38 Special, .38 caliber, bearing S/N: 80143, revolver from PATTERSON (located in front of his pants). PATTERSON is a previous convicted felon, making him a person not to possess firearms and/or ammunition.

3. The above mentioned firearm was submitted to Pennsylvania State Police (PSP) Harrisburg Regional Laboratory, located at 1800 Elmerton Avenue, Harrisburg, PA, to be analyzed.

**EXHIBIT 1**

| Prepared by: Brenda M. McDermott | Title: Special Agent, Harrisburg Field Office | Signature: | Date: 04/01/21 |
|---|---|---|---|
| Authorized by: John F. Bowman | Title: Resident Agent in Charge, Harrisburg Field Office | Signature: | Date: 4/2/21 |
| Second level reviewer (optional): Matthew P. Varisco | Title: Special Agent in Charge, Philadelphia Field Division | Signature: | Date: |

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| PATTERSON, James (Dauphin County) | 766015-21-0036 | 1 |

## ATTACHMENTS
WebCPIN photo-PATTERSON
NCIC query-PATTERSON
Court of Common Pleas Court Summary-PATTERSON
HPD incident report # HC-20-020943
PSP Lab Report-Firearm and Tool Mark
Firearms Trace Summary- T20200398046

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| PATTERSON, James (Dauphin County) | 766015-21-0036 | 1 |

Page 2 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only